UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMMANUEL CHRISTIAN PRICE,

Plaintiff,

v.

TRUJILLO, et al.,

Defendants.

Case No.  25-cv-04530-VC

**ORDER OF DISMISSAL**

Immanuel Christian Price, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 while incarcerated at Salinas Valley State Prison. Price filed three notices of change of address, with the latest dated September 2, 2025, and listing the George Bailey Detention Facility at 451 Riverview Parkway, Building C, in Santee, CA, 92071. Dkt. No. 16. (The facility located at that address is called Las Colinas Detention and Reentry Facility.) Mail sent by the court to Price at one of his prior addresses, the George Bailey Detention Facility (correctly identified) at 446 Alta Road in San Diego, was returned as undeliverable on September 18, 2025 and marked "Incomplete/Incorrect Name, Booking number, Facility and/ or Address." Dkt. No. 18. Mail sent to Price at another prior address, the Richard J. Donovan Correctional Facility, was returned as undeliverable on October 12, 2025, and marked "OTC" and "out of facility 7+ days." Dkt. No. 22.

On October 16, 2025, Judge Westmore ordered Price to show cause why his motion for leave to proceed *in forma pauperis* should not be denied based on his prior dismissed cases. The order warned Price that "Failure to file a timely response or failure to pay the full filing fee no later than 28 days from the date of this order will result in the dismissal of this action without

further notice to Plaintiff." Price has not responded to the order to show cause.

Pursuant to Northern District Civil Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a petition when: (1) court mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b).

While no mail sent to Price at his currently listed address in Santee has been returned as undeliverable at this time, the address does appear to be incorrect. In addition, Price has not responded to the order to show cause issued over five months ago. This case is therefore dismissed without prejudice for failure to respond to the court's order and/or pursuant to Civil Local Rule 3-11.

The Clerk shall terminate any pending motions, enter judgment for defendants, and close the file. The Clerk shall mail a courtesy copy of this order to Price at the Richard J. Donovan Correctional Facility with prisoner number G51247.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____
VINCE CHHABRIA
United States District Judge